**In re Daniel PERLMAN**

No. 02–1049, 08/293, 08/016.

United States Court of Appeals, Federal Circuit.

Aug. 21, 2002.

Before NEWMAN, RADER, and DYK, Circuit Judges.

---

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36